IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Edgar Robert Martin II

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

-against-

Louis Dejoy, Postmaster General, United States Postal Service, Agency

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*



FILED BY ____ D.C.

OCT 20 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Edgar Robert Martin II
   Street Address: 414 NW 1st Street
   City and County: Boynton Beach, Palm Beach
   State and Zip Code: Florida, 33435
   Telephone Number: 561-735-1362
   E-mail Address: Pootmartin36@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Louis Dejoy
   Job or Title (if known): Postmaster General, United States Postal Service, Agency
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2

   Name:
   Job or Title (if known):
   Street Address:
   City and County:

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

Defendant No. 3

Name  _____

Job or Title
(if known)  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

Defendant No. 4

Name  _____

Job or Title
(if known)  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  United States Postal Service

Street Address  818 South Military Trail

City and County  West Palm Beach, Palm Beach

State and Zip Code  Florida, 33415

Telephone Number  561-683-4506

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:

- ☐ Relevant state law *(specify, if known)*:

- ☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. See Attachment

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

   5-28-19, 5-30-19, 5-31-19, 6-1-19

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)* tears in my acl and meniscus

E. The facts of my case are as follows. Attach additional pages if needed.

I injured my left knee at work because Tina Blount, and Lesly Jerome, failed to accommodate me with the right vehicle to do my job. They knew I had a medical issue, but didn't care. They wanted to cause harm. They retaliated against me because of a previous grievance I filed against Tina. My injury could've been avoided.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

7-12-19

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*
9-17-22

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the court to reward me with compensatory and punitive damages. I'm asking for $300,000, because the postal service has over 500 employees. I'm entitled to these damages because their discrimination caused me medical expenses and emotional harm. I feel that their act of discrimination was reckless.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-20, 2022

Signature of Plaintiff  _Edgar Martin_
Printed Name of Plaintiff  Edgar Martin

B. **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

III. Statement of Claim

My former supervisor, Tina Blount, took away my pro master vehicle on May 28th, 2019, without an explanation. That vehicle has been assigned to my route every since I was on the route in 2017. Tina, tried to give me an FFV vehicle to do my route that day, but I refused because I feared for my safety. I told her I had a medical issue. She refused to accommodate me so I didn't work that day, I clocked out and went home. The next day on May 29th, 2019, she gave me the pro master vehicle back so I did my route with no problem. On May 30th, 2019, my manager, Lesly Jerome, heard what happened so they took my vehicle once again. Tina, told me to get a doctor's note, then I can get the promaster vehicle back. So I didn't work that day and went to the doctor. I came to work on May 31st, 2019, with the doctor's

note that stated I couldn't climb anything higher than 25 inches. Tina, read my note, showed Lesly, and still refused to accommodate me. I was very upset and emotional and didn't know what to do. I didn't work again that day. So finally the next day on June 1st, 2019, I came to work all out of options and I used the FFV vehicle that the forced me to use. While I was loading my packages and climbing into the back of the FFV vehicle, I injured my left knee where I have tears in my acl and meniscus. The back of the FFV vehicle is around 28-29 inches high, which was against my doctor's order. I believe they retaliated against my because of a previous grievance that I filed against Tina, for harrassment. They wanted to cause harm to me knowing that I have a medical issue.